**Order entered March 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00898-CV**
_____

**IN THE INTEREST OF J.S., A CHILD**

**On Appeal from the County Court At Law**
**Kaufman County, Texas**
**Trial Court Cause No. 104418-CC**

**ORDER**

Appellant's motion to expedite mandate for lack of subject matter jurisdiction and emergency motion to return child to appellant pending ruling on appellee's motion for rehearing and motion for en banc reconsideration is **DENIED**.  Appellee's motion to deny appellant's motion to expedite mandate and motion to deny appellant's emergency motion to return child is **DENIED** as moot.


/s/    LANA MYERS
        JUSTICE